THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN L. HAMILTON, JR.**                                                      **PLAINTIFF**
**#083985**

**v.**                                        **Case No. 4:23-cv-01001-KGB**

**ERIC HIGGINS,** *et al.*                                                      **DEFENDANTS**
<u>**ORDER**</u>

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 7).  Plaintiff Kevin L. Hamilton, Jr. has not filed any objections to the Recommendation, and the time to do so has passed.  The Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  The Court dismisses without prejudice Hamilton's complaint (Dkt. No. 2).  The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).  The Court certifies that an *in forma pauperis* appeal of this Order and accompanying Judgment would be frivolous and not taken in good faith.

It is so ordered this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge