**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KEVIN L. HAMILTON, JR.**                                                                    **PLAINTIFF**
**#083985**

**v.**                                           **Case No. 4:23-cv-01001-KGB**

**ERIC HIGGINS,** *et al.*                                                                **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff

Kevin L. Hamilton, Jr.'s complaint is dismissed without prejudice (Dkt. No. 2).  The relief sought

is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal

in this action would be frivolous and not taken in good faith.

It is so adjudged this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge